UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CLEMMIE MITCHELL,        )
                          )
      Plaintiff,         )
                          )
v.                          )       No.: 3:14-CV-581-TAV-HBG
                          )
SUPERIOR STEEL, INC.,    )
                          )
      Defendant.       )

## ORDER

This civil matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge H. Bruce Guyton on October 30, 2015 (the "R&R") [Doc. 20]. In the R&R, Magistrate Judge Guyton recommends that the Court grant in part and deny in part defendant's motion for sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure [Doc. 16]. In particular, the magistrate judge recommends that: (1) plaintiff's claims be dismissed with prejudice and (2) all other requests for relief contained in the motion be denied [*Id.*]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 20]. The Court hereby **GRANTS in part and DENIES in part** Defendant's Motion for Sanctions

Pursuant to Rule 37 for Failure to Obey Discovery Order [Doc. 16]. Plaintiff's claims are hereby **DISMISSED with prejudice**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT

2